ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of -- | ) | |
| | ) | |
| MicroTechnologies, LLC | ) | ASBCA Nos. 59911, 59912 |
| | ) | |
| Under Contract No. FA4890-13-F-Q106 | ) | |

APPEARANCE FOR THE APPELLANT:         Lewis P. Rhodes, Esq.
                                      Assistant General Counsel

APPEARANCES FOR THE GOVERNMENT:       Col Matthew J. Mulbarger, USAF
                                      Air Force Chief Trial Attorney
                                      Gregory A. Harding, Esq.
                                      Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: 27 July 2016

MARK A. MELNICK
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 59911, 59912, Appeals of MicroTechnologies, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals